UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, Plaintiff, v. MARTHA IRENE STEPHENS, Defendant. | Case No. 18-cv-04947-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 16, 23 |
|---|---|

The Court has reviewed Judge Laurel Beeler's Report and Recommendation regarding the plaintiff's Motion for Default Judgment and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the Motion for Default Judgment is GRANTED. The Court will issue a separate judgment.

The United States must serve this and any subsequent court filings in this case on defendant in the same way defendant was served with the Motion for Default Judgment. The United States must file a proof of service with the Court.

**IT IS SO ORDERED.**

Dated: April 3, 2019

_____
VINCE CHHABRIA
United States District Judge